No. D–1965. IN RE DISBARMENT OF MENDELSON. Michael Sweig Mendelson, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1966. IN RE DISBARMENT OF TAYLOR. George Michael Taylor, of Springfield, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–80. AHWINONA v. ALASKA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and expenses granted, and the River Master is awarded a total of $2,445 for the period January 1 through March 31, 1998, to be paid equally by the parties. [For earlier order herein, see, e. g., 522 U. S. 910.]

No. 96–1400. CALIFORNIA ET AL. v. DEEP SEA RESEARCH, INC., ET AL., 523 U. S. 491. Motion of respondent Deep Sea Research, Inc., to retax costs denied.

No. 97–8978. RUSSELL v. VBR. C. A. 4th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 6, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–8710. IN RE CROOMS. Petition for writ of mandamus denied.

No. 97–1489. YOUR HOME VISITING NURSE SERVICES, INC. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 97–7541. MITCHELL v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.